AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| Angel Miguel Ozorio, | ) Case No. |
| Yeilin Mota Ceballo, and | ) |
| Nelson Raphael Moran Rodriguez | ) 8:21MJ1517SPF |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 21, 2021__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 46 U.S.C. §§ 70503(a) and 70506(a) and (b) | Conspiracy with intent to distribute a quantity of marijuana while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute a quantity of marijuana, while on board a vessel subject to the jurisdiction of the United States. |

This criminal complaint is based on these facts:
See affidavit attached.

☑ Continued on the attached sheet.

_Jennifer Jackson_
Complainant's signature

SA Jennifer Jackson, DEA
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 5/26/2021

Judge's signature

City and state: Tampa, FL

SEAN P. FLYNN, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jennifer Jackson, being duly sworn, depose and state:

### Introduction and Agent Background

1. I am a Special Agent with the Drug Enforcement Administration ("DEA"), currently assigned to the Tampa District Office. I have been a law enforcement officer for approximately 19 years. I have conducted criminal investigations involving domestic and international drug trafficking organizations. I have worked with other federal, state, and local agencies in conducting these investigations. I have conducted numerous investigations involving the manufacturing and sale of methamphetamine, cocaine, and the diversion of scheduled pharmaceutical drugs.

2. Since October 2020, I have been assigned as a Special Agent to the Operation Panama Express Strike Force. Operation Panama Express is a federal Organized Crime Drug Enforcement Task Force ("OCDETF") investigation being conducted by the Federal Bureau of Investigation ("FBI"), Drug Enforcement Administration ("DEA"), Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), the Coast Guard Investigative Service ("CGIS"), the United States Coast Guard ("USCG"), and state and local law enforcement agencies. Investigations initiated by Operation Panama Express are prosecuted in the Middle District of Florida (Tampa Division). Special Agents assigned to Operation Panama Express currently investigate cocaine and marijuana smuggling organizations that are responsible for the transportation of cocaine and marijuana

through international waters of the Caribbean Sea and Pacific Ocean via maritime vessels to transshipment locations for later introduction and distribution into the United States.

## Statutory Authority

3. I submit this affidavit in support of a criminal complaint charging that beginning on an unknown date and continuing through on or about May 21, 2021, while on board a vessel subject to the jurisdiction of the United States, the defendants, ANGEL MIGUEL OZORIO, YEILIN MOTA CEBALLO, and NELSON RAPHAEL MORAN RODRIGUEZ, did knowingly and willfully combine, conspire, and agree with each other and with other persons, to distribute and to possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 46, United States Code Sections 70503 and 70506, and Title 21, United States Code, Section 960(b)(3).

4. The averments contained in this Affidavit are based on my personal knowledge and/or reliable information related to me by other law enforcement officers with whom I have worked on this investigation. Because of the limited purpose of this Affidavit, however, I have not included each and every fact known to me or other law enforcement agents concerning this investigation. I have included only those facts I believe are necessary to establish probable cause supporting the requested complaint.

## Probable Cause

5. The United States Coast Guard ("USCG") has authority under 14 U.S.C. § 89 to make inquiries, examinations, inspections, searches, seizures, and arrests upon the high seas and waters over which the United States has jurisdiction, in order to enforce United States law.

6. On May 21, 2021, while on routine patrol, a helicopter from the USS SIOUX CITY and AIRMIA HC-144 detected a go fast vessel (GFV) operating approximately 152 nautical miles south of Santo Domingo, Dominican Republic in international waters with packages on deck. The USS SIOUX CITY was in the area with a USCG law enforcement detachment team (LEDET) and diverted to intercept the GFV. The USS SIOUX CITY received a Statement of No Objection (SNO) and Use of Force (UOF) authorization for a Right of Visit (ROV) boarding and up to and including warning shots and/or disabling fire on a non-compliant low-profile GFV reasonably suspected of drug smuggling in international waters.

7. USS SIOUX CITY deployed warning shots and disabling fire on the non-compliant GFV, which ultimately made the GFV inoperable. USS SIOUX City launched the United States Coast Guard (USGC) LEDET in a small boat to intercept the disabled target GFV. Members aboard the USS SIOUX CITY's helicopter had observed the passengers on the GFV jettison multiple bale-like packages off the side of the GFV. Members of the USCG LEDET intercepted the GFV, which was the only non-government vessel in the surrounding area.

8. The USCG boarding team conducted a ROV boarding to determine the nationality of the vessel, if any. The ROV boarding team found no physical flag flown, no registration documents, no name, no registration number, or homeport on the GFV. During the ROV boarding, ANGEL MIGUEL OZORIO claimed to be the master of the GFV, and he claimed Colombian nationality for the GFV. Although the GFV had no indicia of nationality, the USCG District 7 contacted the Colombian government to request confirmation of registry of the vessel. The Colombian government could neither confirm nor deny the nationality of the vessel, thus USCG District 7 designated it as a vessel without nationality, and therefore subject to the laws of the United States. The USCG District 7 authorized USCG LEDET to conduct a full law enforcement boarding. During questioning of the passengers by the USCG LEDET, ANGEL MIGUEL OZORIO stated that the purpose of the voyage was to transport marijuana.

9. On board the GFV, the USCG boarding team found the three defendants: ANGEL MIGUEL OZORIO, YEILIN MOTA CEBALLO, and NELSON RAPHAEL MORAN RODRIGUEZ. The USCG LEDET small boat located a bale with suspected marijuana in the bale field and conducted two Narcotics Identification Kit Tests on packages from the recovered bale. The results of both tests were positive for marijuana. The packages were weighed by members of the USCG boarding team and were approximately one hundred and seventy (170) pounds (sea weight).

10. The USS SIOUX CITY sank the GFV as a navigation hazard and detained the three defendants.

## CONCLUSION

11. Based upon the foregoing information, I respectfully submit that probable cause exists to believe that the following three defendants named herein, ANGEL MIGUEL OZORIO, YEILIN MOTA CEBALLO, and NELSON RAPHAEL MORAN RODRIGUEZ, while on board a vessel subject to the jurisdiction of the United States, knowingly and willfully combined, conspired, and agreed with each other and with other persons to distribute and possess with intent to distribute a quantity of marijuana, a Schedule I controlled substance, in violation of Title 46, United States Code Sections 70503 and 70506, and Title 21, United States Code, Section 960(b)(3).

_Jennifer R. Jackson_
Jennifer R. Jackson
Special Agent, DEA

Affidavit submitted by email and sworn
to as true and accurate by telephone,
consistent with Fed R. Crim. P. 4.1 and 4(d)
on this 26th day of May 2021.

_____
THE HONORABLE SEAN P. FLYNN
United States Magistrate Judge

5